# United States Court of Appeals
## For the First Circuit

No. 10-2277

KAREN L. BARTLETT,

Plaintiff, Appellee,

GREGORY S. BARTLETT,

Plaintiff,

v.

MUTUAL PHARMACEUTICAL COMPANY, INC.,

Defendant, Appellant,

UNITED RESEARCH LABORATORIES, INC., n/k/a URL Pharma, Inc.;
BROOKS PHARMACY,

Defendants.

**ERRATA**

The opinion of this Court, issued on May 2, 2012, should be amended as follows.

On page 12, line 8 of 2nd paragraph, "PLIVA" should be underlined.

On page 24, line 1 of 3rd paragraph, replace "$26.01 million" with "21.06 million".